AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ACT NOW TO STOP WAR AND END
RACISM COALITION

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA

Case: 1:07-cv-01495
Assigned To : Kennedy, Henry H.
Assign. Date : 8/20/2007
CASE  Description: Civil Rights-Non-Employ.

TO: (Name and address of Defendant)

DISTRICT OF COLUMBIA
serve: Linda Singer, D.C. Attorney General
441 Fourth Street, NW
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carl Messineo
Partnership for Civil Justice
2401 Pennsylvania Ave., NW
Ste 320
Washington, D.C. 20037

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                         AUG 2 0 2007

CLERK                                                DATE

*/s/ Maureen Higgins*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 12/18/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| RADHIKA MILLER | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personally served agent for Defendant, Gale Rivers, who stated she was authorized to accept service of process, at 441 4th St NW, Suite 600. Additionally served with First Amended Complaint

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $2.70 | 0 | $2.70 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/18/2007
Date

Signature of Server

8600 16th St.
Apt. 410
Silver Spring, MD 20910
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.