## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACT NOW TO STOP WAR AND END RACISM )<br>  COALITION )<br>1247 E Street SE )<br>Washington, D.C. 20003 ) Civil Action No.: 07-cv-01495 (HKK)<br>  )<br>and )<br>  )<br>MUSLIM AMERICAN SOCIETY FREEDOM )<br>  FOUNDATION )<br>1325 G Street NW, Suite 500 )<br>Washington, D.C. 20005 )<br>  )<br>          Plaintiffs, )<br>v. )<br>  )<br>DISTRICT OF COLUMBIA )<br>441 Fourth Street, NW )<br>Washington, D.C. 20001 )<br>  )<br>          Defendant )<br>_____) | |

### NOTICE OF CHANGE OF ADDRESS

Counsel for the Plaintiffs wish to apprise the Court of a change in contact information for counsel for the firm Partnership for Civil Justice:

>Partnership for Civil Justice
>617 Florida Avenue, NW
>Washington, DC 20001
>(202) 232-1180
>(202) 350-9557 fax

1

January 9, 2008                              Respectfully submitted,

/s/ Carl Messineo /s/
Carl Messineo (#450033)
Mara Verheyden-Hilliard (#450031)
Partnership for Civil Justice
617 Florida Avenue, NW
Washington, DC 20001
(202) 232-1180
(202) 350-9557 fax