AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 1/17/2008 |
|---|---|
| NAME OF SERVER *(PRINT)* RADHIKA MILLER | TITLE LEGAL ASSISTANT |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): *personally served agent for Defendant Tabitha Braxton, who stated she was authorized to accept service of process at 1350 Pennsylvania Ave, NW Room 419. Additionally served with First Amended Complaint*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Ø | Ø | Ø |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/17/2008
_____                    _____
Date                                       Signature of Server

8600 16th St.
Apt 410
Silver Spring, MD 20910
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.