UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACT NOW TO STOP WAR AND END RACISM ) <br> COALITION ) <br> 1247 E Street SE ) <br> Washington, D.C. 20003 ) <br> ) <br> and ) <br> ) <br> MUSLIM AMERICAN SOCIETY FREEDOM ) <br> FOUNDATION ) <br> 1325 G Street NW, Suite 500 ) <br> Washington, D.C. 20005 ) <br> ) <br>       Plaintiffs, ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA ) <br> 441 Fourth Street, NW ) <br> Washington, D.C. 20001 ) <br> ) <br>       Defendant ) | Civil Action No.: 07-cv-01495 (HHK) |

### AFFIDAVIT OF SERVICE

1. My name is Radhika Miller. I am over 18 years of age and competent to testify to the matters related herein based upon personal knowledge.

2.. I am not a party to this litigation.

3. On January 17, 2008, I personally served a copy of the Summons, Complaint, and First Amended Complaint upon Tabitha Braxton, agent for the Defendant, District of Columbia, in the Office of the Mayor of the District of Columbia, at 1350 Pennsylvania Avenue, NW, Room 419.

4. Ms. Braxton stated she was authorized to accept service of process.

5. A true and correct copy of the Return of Service and Statement of Service and Fees is attached hereto and incorporated herein as Exhibit 1.

      I hereby certify that the foregoing is made subject to the penalties of perjury under the laws of the United States of America and is true and correct.

_____
Radhika Miller      January 18, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this 18th day of January, 2008, a copy of the foregoing affidavit of service was sent via first class mail to:

Office of the Attorney General
Government of the District of Columbia
One Judiciary Square
441 4th Street NW, Suite 1060N
Washington, DC 20001


Adrian M. Fenty, Mayor

Government of the District of Columbia
John A. Wilson Building
1350 Pennsylvania Avenue NW, Suite 419
Washington, DC 20004

_____
Radhika Miller
Legal Assistant

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/17/2008 |
| NAME OF SERVER (PRINT) RADHIKA MILLER | TITLE LEGAL ASSISTANT |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personally served agent for Defendant, Tabitha Braxton, who stated she was authorized to accept service of process at 1350 Pennsylvania Ave, NW Room 419. Additionally served with First Amended Complaint

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/17/2008
           Date

Signature of Server

8600 16th St.
Apt 410
Silver Spring, MD 20910
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.