## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ACT NOW TO STOP WAR AND END RACISM  )
  COALITION  )
1247 E Street SE  )
Washington, D.C. 20003  )  Civil Action No.: 07-cv-01495 (HHK)
  )
and  )
  )
MUSLIM AMERICAN SOCIETY FREEDOM  )
  FOUNDATION  )
1325 G Street NW, Suite 500  )
Washington, D.C. 20005  )
  )
        Plaintiffs,  )
v.  )
  )
DISTRICT OF COLUMBIA  )
441 Fourth Street, NW  )
Washington, D.C. 20001  )
  )
        Defendant  )
  )

## PLAINTIFFS' MOTION, *NUNC PRO TUNC*, FOR ENLARGEMENT WITHIN WHICH TO COMPLETE PROPER SERVICE UPON DEFENDANT DISTRICT OF COLUMBIA BY SERVING ADRIAN M. FENTY, MAYOR

Plaintiffs herein respectfully request they be granted an enlargement of time until

January 17, 2008, *nunc pro tunc,* within which to complete proper service upon Defendant,

District of Columbia, by serving a copy of the Summons, Complaint, and First Amended

Complaint upon the Mayor of the District of Columbia, Adrian M. Fenty.

Counsel for Plaintiffs discovered a deficiency in process while exercising due diligence

and reviewing the case docket to determine if a responsive pleading had been filed by Defendant

in this matter.  At this time, counsel realized that service had been executed upon the Attorney

1

General for the District of Columbia, but not the Mayor of the District of Columbia.  In good faith, counsel completed service pursuant to Fed.R.Civ.P. 4(j)(2) on the date the deficiency was discovered, January 17, 2008, by requesting a summons from the Clerk of the Court; promptly executing personal service upon Mayor Fenty, and filing an Affidavit of Service in this case.

Granting this request will not result in any harm or prejudice to either party in this case, as no statutes of limitations have run, no responsive documents have been filed by Defendant and no orders have been issued by the Court.

January 18, 2008                              Respectfully submitted,

                                             /s/ Carl Messineo /s/
                                             Carl Messineo (#450033)
                                             Mara Verheyden-Hilliard (#450031)
                                             Partnership for Civil Justice
                                             617 Florida Avenue, NW
                                             Washington, DC 20001
                                             (202) 232-1180
                                             (202) 350-9557 fax

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ACT NOW TO STOP WAR AND END RACISM )
  COALITION                                 )
1247 E Street SE                            )
Washington, D.C. 20003            )  Civil Action No.: 07-cv-01495 (HHK)
                                      )
and                                     )
                                     )
MUSLIM AMERICAN SOCIETY FREEDOM   )
  FOUNDATION                     )
1325 G Street NW, Suite 500           )
Washington, D.C. 20005            )
                                     )
         Plaintiffs,          )
v.                                    )
                                     )
DISTRICT OF COLUMBIA           )
441 Fourth Street, NW             )
Washington, D.C. 20001            )
                                     )
        Defendant           )
                                     )

## **ORDER**

Upon consideration of Plaintiffs' Motion, *Nunc Pro Tunc*, for Enlargement within Which

to Complete Proper Service Upon Defendant District of Columbia by Serving Adrian M. Fenty,

Mayor, it is hereby

ORDERED that the motion is GRANED, *nunc pro tunc*; and it is

FURTHER ORDERED that plaintiffs may complete service upon Defendant District of

Columbia by no later than January 17, 2008.

3

SO ORDERED.


_____
HENRY H. KENNEDY
United States District Judge

Signed this _____ day of January, 2008.

## CERTIFICATE OF SERVICE

I hereby certify that this 18th day of January, 2008, a copy of Plaintiffs' Motion, *nunc pro tunc*, for Enlargement Within Which to Complete Proper Service Upon Defendant District of Columbia by Serving Adrian M. Fenty, Mayor was sent via first class mail to:

Office of the Attorney General
Government of the District of Columbia
One Judiciary Square
441 4th Street NW, Suite 1060N
Washington, DC 20001


Adrian M. Fenty, Mayor

Government of the District of Columbia
John A. Wilson Building
1350 Pennsylvania Avenue NW, Suite 419
Washington, DC 20004


Radhika Miller
Legal Assistant