UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACT NOW TO STOP WAR AND END RACISM COALITION<br>1247 E Street SE<br>Washington, D.C. 20003<br><br>and<br><br>MUSLIM AMERICAN SOCIETY FREEDOM FOUNDATION<br>1325 G Street NW, Suite 500<br>Washington, D.C. 20005<br><br>      Plaintiffs,<br>v.<br><br>DISTRICT OF COLUMBIA<br>441 Fourth Street, NW<br>Washington, D.C. 20001<br><br>      Defendant | Civil Action No.: 07-cv-01495 (HHK) |

**PLAINTIFFS' CONSENT MOTION TO FILE OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs herein respectfully request an enlargement of time to file an opposition to Defendant's Motion to Dismiss (Docket No. 8).

Due to counsel's litigation schedule and preparation for trial in the coming week, Plaintiffs respectfully request up to and including March 12, 2008 to file their opposition.

Counsel for Defendant has advised that Defendant consents to the relief requested.

No prejudice to any party will result from this request.

1

February 20, 2008                                    Respectfully submitted,

<div style="margin-left: 50%;">

<u>/s/ Carl Messineo /s/</u>
Carl Messineo (#450033)
Mara Verheyden-Hilliard (#450031)
Partnership for Civil Justice
617 Florida Avenue, NW
Washington, DC 20001
(202) 232-1180
(202) 350-9557 fax

</div>

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACT NOW TO STOP WAR AND END RACISM )<br> COALITION )<br>1247 E Street SE )<br>Washington, D.C. 20003 )<br> )<br>and )<br> )<br>MUSLIM AMERICAN SOCIETY FREEDOM )<br> FOUNDATION )<br>1325 G Street NW, Suite 500 )<br>Washington, D.C. 20005 )<br> )<br>       Plaintiffs, )<br>v. )<br> )<br>DISTRICT OF COLUMBIA )<br>441 Fourth Street, NW )<br>Washington, D.C. 20001 )<br> )<br>       Defendant )<br>_____) | Civil Action No.: 07-cv-01495 (HHK) |

**<u>ORDER</u>**

Upon consideration of Plaintiffs' Consent Motion to File Opposition to Defendant's Motion to Dismiss**,** it is, by this Court, this _____ day of _____, 2008,

ORDERED that the motion is GRANTED; and it is further

ORDERED that plaintiffs may file an opposition up to and including March 12, 2008.

_____
HENRY H. KENNEDY
United States District Judge

1