UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ACT NOW TO STOP WAR AND END )
RACISM COALITION, *et al.*, )
)
        Plaintiffs, )
v. )   Civil Action No.: 07-cv-01495 (HHK)
)
DISTRICT OF COLUMBIA, )
)
        Defendant. )
_____)

**PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT
OF TWO (2) DAYS TO FILE OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

    Plaintiffs herein respectfully request a further enlargement of two (2) days time to file an opposition to Defendant's Motion to Dismiss (Docket No. 8).

    Due to obligations including mediation of a class action mass arrest matter that have required significant time over the past two weeks, counsel requires a two-day enlargement of time to complete the Opposition filing. Plaintiffs respectfully request up to and including March 14, 2008 to file their opposition.

    Counsel for Defendant has advised that Defendant consents to the relief requested.

    No prejudice to any party will result from this request.

March 12, 2008                                            Respectfully submitted,

/s/ Carl Messineo /s/
Carl Messineo (#450033)
Mara Verheyden-Hilliard (#450031)
Partnership for Civil Justice
617 Florida Avenue, NW
Washington, DC 20001
(202) 232-1180
(202) 350-9557 fax

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACT NOW TO STOP WAR AND END RACISM COALITION, *et al.*, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No.: 07-cv-01495 (HHK) |
| | ) |
| DISTRICT OF COLUMBIA, | ) ) |
| Defendant. | ) ) |

## ORDER

Upon consideration of Plaintiffs' Consent Motion for Enlargement of Two (2) Days to File Opposition to Defendant's Motion to Dismiss, it is, by this Court, this _____ day of _____, 2008,

ORDERED that the motion is GRANTED; and it is further

ORDERED that plaintiffs may file an opposition up to and including March 14, 2008.

_____
HENRY H. KENNEDY
United States District Judge