UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ACT NOW TO STOP WAR AND END RACISM COALITION, et al.,**<br><br>        **Plaintiffs,**<br><br>        v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>        **Defendant.** | Civil Action 07-01495 (HHK) |

**ORDER**

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its Memorandum Opinion docketed this same day, it is this 11th day of August 2008, hereby

**ORDERED** that this action is **DISMISSED** with prejudice.

Henry H. Kennedy, Jr.
United States District Judge