**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ACT NOW TO STOP WAR AND END RACISM COALITION, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**DISTRICT OF COLUMBIA,**<br><br>**Defendant.** | **Civil Action No. 07-1495 (RCL)** |

**SCHEDULING ORDER**

Upon consideration of the parties' Joint Report [45], Oct. 21, 2011, and the entire record herein, it is hereby

ORDERED that no discovery requests may be served in this matter before January 18, 2012; and it is further

ORDERED that a 120-day discovery period shall close on May 18, 2012; and it is further

ORDERED that plaintiff is authorized to propound not more than ten (10) interrogatories, ten (10) requests for production, fifteen (15) requests for admission, and take six (6) depositions, which shall include within than number any depositions pursuant to Federal Rule of Civil Procedure 30(b)(6); and it is further

ORDERED that the parties shall file dispositive motions according to the following schedule:

- Dispositive Motions: June 22, 2012
- Oppositions: July 13, 2012
- Replies: July 20, 2012

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on November 17, 2011.